# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 02-3308
_____

Roseann B. Gottschalk,            *
                                    *

          Appellant,      *
                                    *   Appeal from the United States

   v.                        *   District Court for the Western
                                    *   District of Arkansas.

Jo Anne B. Barnhart,* Commissioner  *
of the Social Security Administration,  *       [UNPUBLISHED]
                                    *

          Appellee.       *

_____

Submitted:  April 24, 2003

Filed:  May 1, 2003
_____

Before MELLOY, FAGG, and SMITH, Circuit Judges.
_____

PER CURIAM.

Roseann B. Gottschalk appeals the judgment of the district court** affirming the Social Security Commissioner's denial of disability insurance benefits and

_____

*Jo Anne B. Barnhart has been appointed to serve as Commissioner of Social Security and is substituted as appellee pursuant to Federal Rule of Appellate Procedure 43(c).

**The Honorable Bobby E. Shepherd, United States Magistrate Judge for the Western District of Arkansas, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).

supplemental security income. On appeal, Gottschalk challenges the findings of the administrative law judge (ALJ) that (1) she retained the ability to perform unskilled work, and (2) her subjective complaints were not fully credible. After careful review, we reject both of these arguments and conclude substantial evidence on the record as a whole, and in particular the findings of a consulting mental health professional, supported the ALJ's determination Gottschalk was not disabled within the meaning of the Social Security Act. See Cunningham v. Apfel, 222 F.3d 496, 500 (8th Cir. 2000) (standard of review). Accordingly, we affirm the judgment of the district court. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.